No. 03–6249. JORDAN v. UNITED STATES; and

No. 03–6250.  JORDAN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  Reported below: 66 Fed. Appx. 488.